IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JAMES CREECH, | ) | |
| | ) | |
| Plaintiff, | ) | Docket No. 3:21-cv-00418 |
| | ) | |
| v. | ) | JURY DEMAND (8) |
| | ) | |
| ACCURATE ENERGETIC | ) | Judge Eli J. Richardson |
| SYSTEMS, LLC, | ) | Magistrate Judge Newbern |
| | ) | |
| Defendant. | ) | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to the agreement of the parties, as evidenced by the signatures of counsel below, all matters in controversy in this case have been resolved following a mediation. The parties therefore file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41 (a)(1). Each party shall bear its own respective costs, attorneys' fees and expenses.

Filed this 1st day of March, 2022.

CORNELIUS & COLLINS, LLP

By: *[signature: Rebecca Demaree]*

Rebecca Wells Demaree
Peter C. Robison
511 Union Street, Ste. 1500
Nashville, TN 37219
rwdemaree@cclawtn.com
pcrobison@cclawtn.com

*Counsel for Plaintiff*

SHERRARD ROE VOIGT & HARBISON, PLC

By: /s/ Scott Hickman
J. Scott Hickman
Christina R.B. López
150 3rd Avenue South, Ste. 1100
Nashville, Tennessee 37201
(615) 742-4200
(615) 742-4539 (fax)
shickman@srvhlaw.com
clopez@srvhlaw.com

*Counsel for Defendant*