IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMES CREECH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 3:21-cv-00418 |
| v. ) | JUDGE RICHARDSON |
| ) | |
| ACCURATE ENERGETIC SYSTEMS, ) | |
| LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The parties have filed a Stipulation of Dismissal. (Doc. No. 16). Under Fed. R. Civ. P. 41(a)(1)(A)(ii), the Stipulation sufficed to dismiss this action without any action on the part of the Court. Because the parties have stated that the dismissal is with prejudice, the dismissal in fact is with prejudice.

Accordingly, the Court acknowledges that this action has been **DISMISSED with prejudice**, and the Clerk is directed to close the file. This Order shall constitute final judgment for purposes of Fed. R. Civ. P. 58.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE