UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

James Creech

           Plaintiff,

v.                       Case No.: 3:21−cv−00418

Accurate Energetic Systems, LLC

           Defendant,

## ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 3/2/2022 re [17].

Lynda M. Hill
s/ Lindsay Newsom, Deputy Clerk